UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ASHLEY RICKETT, | : | Case No. 3:16-cv-150 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, INC., | : | |
| | : | |
| Defendant. | | |

_____

ENTRY AND ORDER GRANTING CONSENT MOTION TO STAY
PROCEEDINGS PENDING ARBITRATION (DOC. 21)
_____

This case is before the Court on the Consent Motion to Stay Proceedings Pending Arbitration (Doc. 21) filed by Defendant Navient Solutions, Inc. f/k/a Sallie Mae, Inc. ("Navient").  Navient moves, with the consent of Plaintiff Ashley Rickett ("Plaintiff"), for an order staying the proceedings in this case pending arbitration pursuant to an Arbitration Agreement between the parties.

**WHEREFORE**, the Court having been duly advised and for good cause shown hereby **STAYS** this case pending the completion of arbitration between the parties pursuant to their Arbitration Agreement.  The Court further **ORDERS** Plaintiff to file updates regarding the status of the arbitration with the Court every 30 days following the entry of this Order until this stay is lifted.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, September 9, 2016.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE